**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorney for Defendant,
NEW ALBERTSONS, INC., a Delaware corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN BLACKMON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S, INC, a Delaware Corporation, erroneously named as ALBERTSON'S, LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; DOES I through X, and ROE COMPANIES XI through XX, inclusive,<br><br>Defendants. | CASE NO.: |

### DEFENDANT, NEW ALBERTSONS, INC., A DELAWARE CORPORATION'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)

Defendant, NEW ALBERTSONS, INC., A DELAWARE CORPORATION by its undersigned attorney, LEW BRANDON, JR., ESQ. of the MORAN LAW FIRM, LLC, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441 (a) and states as follows:



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

1. The above entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on March 31, 2010, bearing Case No. A-10-613128-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2. By way of agreement by the respective parties, an Amended Complaint was drafted and served upon Counsel for New Albertsons, Inc. on April 26, 2010. This Notice of Removal was filed timely. Thus, pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period to be computed is May 24, 2010.

3. This action concerns an allegation that the Defendant was negligent because the Plaintiff tripped over a metal plate that was allegedly not completely screwed down, causing Plaintiff to fall to the ground with injury as a consequence.

4. At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, Carolyn Blackmon was, and now is, a citizen of the State of Nevada.

5. At the commencement of this action and at all times herein, Defendant, New Albertsons, Inc. was, and now is, a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in Minneapolis, Minnesota, and therefore, is a citizen of the States of Delaware and Minnesota.

6. At the commencement of this action and all times herein, Defendant Albertsons, LLC and Defendant, Albertsons Holdings, LLC are not and were not legally responsible, nor are anticipated to be filing a responsive pleading in this

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

action as they are not specifically named in the Amended Complaint, except for and only by the caption.

7. Upon information and believe, the Plaintiff's medical specials are in excess of $380,000. As a result, the amount in controversy exceeds $75,000.

8. The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000 exclusive of interests and costs.

9. Accordingly, Plaintiff's Complaint is removal pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

10. A copy of all process and pleadings served upon the Defendant is attached hereto as Exhibit "1."

WHEREFORE, Defendant, New Albertsons, Inc., a Delaware corporation respectfully requests that this action proceed in this Court as an action properly removed to it.

DATED this 14 day of May, 2010.

MORAN LAW FIRM, LLC

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant,
NEW ALBERTSONS, INC.

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

3

## CERTIFICATE OF MAILING

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of MORAN LAW FIRM, LLC, and that I am a person of such age and discretion as to be competent to serve papers and that on May 17, 2010, I duly deposited for mailing a true and correct copy of the foregoing **DEFENDANT, NEW ALBERTSONS, INC., A DELAWARE CORPORATION'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** enclosed in a sealed envelope upon which first class postage was fully prepaid, in the United States Mail at Las Vegas, Nevada, addressed to them as follows:

**WILLIAM K. ERRICO, ESQ.**
Nevada Bar No. 6633
William Errico & Associates
2850 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorney for Plaintiff,
CAROLYN BLACKMON

_____
An Employee of Moran Law Firm, LLC