**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorney for Defendant,
NEW ALBERTSONS, INC., a Delaware corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN BLACKMON, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S, INC, a Delaware Corporation, erroneously named as ALBERTSON'S, LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; DOES I through X, and ROE COMPANIES XI through XX, inclusive,<br><br>        Defendants. | CASE NO.:  2:10-cv-00712-KJD-PAL |

### DEFENDANT, NEW ALBERTSONS, INC.'S DEMAND FOR TRIAL BY JURY

COMES NOW, Defendant, NEW ALBERTSONS, INC., A DELAWARE CORPORATION, by its undersigned counsel of record, LEW BRANDON, JR., ESQ. of the MORAN LAW FIRM, LLC, and hereby demands a Jury Trial of all the

///

///

1

1  issues in the above referenced matter.

2      DATED this 15th day of June, 2010.

**MORAN LAW FIRM, LLC**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89109
Attorney for Defendant,
NEW ALBERTSONS, INC.

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I certify that on June 15, 2010, I served a true and correct copy of the foregoing **DEFENDANT, NEW ALBERTSONS, INC.'S DEMAND FOR TRIAL BY JURY** through the Court's ECF electronic filing system:

| Counsel of Record | Phone/Fax/E-mail | Party Representing |
|---|---|---|
| **WILLIAM K. ERRICO, ESQ.**<br>Nevada Bar No. 6633<br>William Errico & Associates<br>2850 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052 | T: (702) 434-4357<br>F: (702) 446-0424<br><br>E-Mail: erricoesq@aol.com | Plaintiff,<br>CAROLYN BLACKMON |

    /s/ Darcy Flores-Nocedal
An Employee of Moran Law Firm, LLC



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568