1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No.: 5880
2  **MORAN LAW FIRM, LLC**
   630 S. Fourth Street
3  Las Vegas, Nevada 89101
4  (702) 384-8424
   (702) 384-6568 - *facsimile*
5  *l.brandon@moranlawfirm.com*
6  Attorney for Defendant,
   NEW ALBERTSONS, INC., a Delaware corporation
7
8  **WILLIAM K. ERRICO, ESQ.**
   Nevada Bar No. 6633
9  **WILLIAM ERRICO & ASSOCIATES**
   2850 W. Horizon Ridge Parkway
10 Henderson, Nevada 89052
   *erricoesq@aol.com*
11 Attorney for Plaintiff,
   CAROLYN BLACKMON
12

13              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
14

15 | CAROLYN BLACKMON, an individual, | |
|---|---|
| Plaintiff, | CASE NO.: 2:10-cv-00712-KJD-PAL |
| v. | |
| NEW ALBERTSON'S, INC, a Delaware Corporation, erroneously named as ALBERTSON'S, LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; DOES I through X, and ROE COMPANIES XI through XX, inclusive, | **JOINT STATUS REPORT** |
| Defendants. | |

26      Pursuant to this Court's Minute Order dated May 17, 2010 (Doc #3),

27 Defendant, NEW ALBERTSONS, INC., by and through its counsel of record, and

28



1

Plaintiff, CAROLYN BLACKMON, by and through her counsel of record, submit this Joint Status Report.

## STATUS OF ACTION

1. Plaintiff filed her original Complaint on March 31, 2010. Plaintiff filed her First Amended Complaint on April 26, 2010, prior to serving Defendant with the original Complaint. Accordingly, Plaintiff was not required to file any motions requesting permission to amend her original Complaint.

2. New Albertsons, Inc. was mailed a copy of the initial Complaint in this matter on March 31, 2010. New Albertsons, Inc. and its counsel were provided with a copy of Plaintiff's Amended Complaint on April 26, 2010. Defendant has not received formal service of Plaintiff's Amended Complaint; however, Defendant's counsel agreed to accept service on behalf of Defendant, New Albertsons, Inc.

3. On May 17, 2010, Defendant, New Albertsons, Inc. filed and served its Notice of Removal pursuant to 28 U.S.C. § 1441. Accordingly, Defendant filed the Notice of Removal within 30 days of service of the Amended Complaint. Also, on May 17, 2010, Defendant, New Albertsons, Inc. filed its Notice of Removal of Action to U.S. District Court with the Eighth Judicial District Court in Clark County, Nevada.

4. There are no pending Motions in this matter at either the State District Court Level, or at the Federal District Court Level. Accordingly, the parties have no motions, responses and/or replies to attach to this Joint Status Report,



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

and the parties do not request any action be taken with regards to any pending motions, as none currently exist.

5. The parties participated in a Rule 26(f) conference on July 6, 2010. The Parties have agreed to exchange their initial disclosures by June 30, 2010.

6. On June 17, 2010, the parties submitted their proposed Stipulated Discovery Plan and Scheduling Order, which is the only matter which will require this Honorable Court's attention.

7. The parties will also submit for the Court's approval a Stipulated Confidentiality Agreement and Protective Order, upon which the parties are currently attempting to reach an agreement.

DATED this 17th day of June, 2010.

| WILLIAM ERRICO & ASSOCIATES | MORAN LAW FIRM, LLC |
|---|---|
| /s/ William K. Errico, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **WILLIAM K. ERRICO, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 6633 | Nevada Bar No. 5880 |
| 2850 W. Horizon Ridge Parkway | 630 S. Fourth Street |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89101 |
| *erricoesq@aol.com* | *l.brandon@moranlawfirm.com* |
| Attorney for Plaintiff, | Attorney for Defendant, |
| CAROLYN BLACKMON | NEW ALBERTSONS, INC. |



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568