**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorney for Defendant,
NEW ALBERTSONS, INC., a Delaware corporation

**WILLIAM K. ERRICO, ESQ.**
Nevada Bar No. 6633
**WILLIAM ERRICO & ASSOCIATES**
2520 South Saint Rose Parkway, Suite 111
Henderson, Nevada 89074
*erricoesq@aol.com*
Attorney for Plaintiff,
CAROLYN BLACKMON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN BLACKMON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW ALBERTSON'S, INC, a Delaware Corporation, erroneously named as ALBERTSON'S, LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; DOES I through X, and ROE COMPANIES XI through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:10-cv-00712-KJD-PAL <br><br><br><br> **INTERIM STATUS REPORT (pursuant to LR 26-3) and JOINT REQUEST TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Plaintiff, CAROLYN BLACKMON, and Defendant, NEW ALBERTSON'S, INC. d/b/a ALBERTSON'S, by and through their undersigned counsel, submit to the

1

Court its Interim Status Report pursuant to LR 26-3 and Joint Request to Extend Discovery Deadlines, pursuant to LR 26-4, and for cause state:

## I. Local Rule 6-1

Under LR 6-1(b) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

### A. The Requirement of Local Rule 6-1 Are Satisfied

This is the first request for extension filed by the parties.

## II. Local Rule 26-4

Under LR 26-4, an application to extend any date set by the discovery plan must be received no later than 20 days before the discovery cut-off date or any extension thereof. Further, a request to extend any date set by a discovery plan must be supported by a showing of good cause.

### A. The Time Requirements of Local rule 26-4 Are Satisfied

The current discovery cut-off date is November 12, 2010. This stipulation is being filed on September 13, 2010. Therefore, the twenty (20) day requirement for requesting an extension under LR 26-4 is satisfied.

### B. There is Good Cause for the Extension

Plaintiff filed her original Complaint on March 31, 2010. Plaintiff filed her First Amended Complaint on April 26, 2010, prior to serving Defendant with the original Complaint. Accordingly, Plaintiff was not required to file any motions requesting permission to amend her original Complaint.

On May 17, 2010, Defendant, New Albertsons, Inc. filed and served its Notice of Removal pursuant to 28 U.S.C. § 1441. Accordingly, Defendant filed the

2

Notice of Removal within 30 days of service of the Amended Complaint. Also, on May 17, 2010, Defendant, New Albertsons, Inc. filed its Notice of Removal of Action to U.S. District Court with the Eighth Judicial District Court in Clark County, Nevada.

The parties participated in a Rule 26(f) conference on July 6, 2010. The Parties exchanged their initial disclosures on or about June 30, 2010. On June 17, 2010, the parties submitted their proposed Stipulated Discovery Plan and Scheduling Order.

This case concerns a trip and fall in an Albertson's Store on September 19, 2008. Plaintiff was arguably disabled prior to the time of incident. Plaintiff had previously sought medical treatment for a 2004 Motor Vehicle Accident, and Plaintiff had two (2) subsequent falls with some of the medical providers still undetermined. Defendant has sought out in excess of twenty (20) subpoenas to potential providers in attempt to verify Plaintiff's medical specials. Plaintiff has a complex medical history with cervical, lumbar, thoracic, shoulders, arms, legs, and hips with in excess of twenty-five (25) providers (orthopedic, neurology, pain management, internal medicine, radiology, etc.).

**C.     In Accordance with the Requirements of LR 26-4, the Parties Set Forth the Following with Regards to their Request to Extend the Discovery Deadlines**

**Proposed Schedule:**

1. Close of Discovery: February 14, 2011

2. Final Date to Amend Pleadings: N/A (past)

3. Final Date for Expert Disclosure: December 13, 2010



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

4. Final Date for Rebuttal Expert Disclosure: January 13, 2011

5. First Interim Status Report Due: July 6, 2010 (past)

6. Second Interim Status Report Due: N/A

7. Final Date to File Dispositive Motions: March 14, 2011

8. Pre-Trial Order Deadline: April 14, 2011

9. Settlement Conference: N/A.

10. Calendar Call: N/A

11. Trial: N/A

**Schedule Currently in Effect:**

1. Close of Discovery: November 12, 2010

2. Final Date to Amend Pleadings: August 13, 2010

3. Final Date for Expert Disclosure: September 13, 2010

4. Final Date for Rebuttal Expert Disclosure: October 13, 2010

5. First Interim Status Report Due: July 6, 2010

6. Second Interim Status Report Due: September 13, 2010

7. Final Date to File Dispositive Motions: December 13, 2010

8. Pre-Trial Order Deadline: January 12, 2011

9. Settlement Conference: N/A.

10. Calendar Call: N/A.

11. Trial: N/A.

**Discovery Completed:**

The parties have exchanged disclosures required by Fed. R. Civ. P. 26(a) (1) and multiple supplements have been served. The parties have exchanged written



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

4

discovery and responses. Some subpoenas have been issued and some of the records received. Additional records were sought from the interrogatory responses in Plaintiff's Interrogatory responses. The issuance of the subpoenas were delayed because the HIPPA compliant medical authorization needed to be executed that was attached to Plaintiff's response to the Request for Production of Documents. Some of these records have not been received as of yet.

**Discovery Remaining to be Completed:**

Plaintiff and factual witness depositions are being scheduled. Approximately seven (7) of Plaintiff's current medical providers need to be deposed, as well as at least five (5) of her pre-accident doctors depositions need to be deposed. Plaintiff's multiple medical IME's needs to be conducted and mutual liability Experts need to be disclosed and deposed. Additional subpoenas have been issued and those records have not received.

///

///

///

///

///

5

1  Therefore, good cause existing, counsel jointly request that this Honorable
2  Court allow them an additional ninety (90) days to complete discovery with the other
3  matter outlined in the Court's Scheduling Order
4
    DATED this 13th day of September, 2010.
5

6  **WILLIAM ERRICO &**        **MORAN LAW FIRM, LLC**
7  **ASSOCIATES**

8
9  /s/ William K. Errico, Esq.        /s/ Lew Brandon, Jr., Esq.
   **WILLIAM K. ERRICO, ESQ.**        **LEW BRANDON, JR., ESQ.**
10 Nevada Bar No. 6633                Nevada Bar No. 5880
   2520 South Saint Rose Parkway,     630 S. Fourth Street
11 Suite 111                          Las Vegas, Nevada 89101
   Henderson, Nevada 89074            *l.brandon@moranlawfirm.com*
12 *erricoesq@aol.com*                Attorney for Defendant,
13 Attorney for Plaintiff,            NEW ALBERTSONS, INC.
   CAROLYN BLACKMON

14
15
16
17
18                                    IT IS SO ORDERED.
19
20                                    _____
21                                    U.S. Magistrate Judge
22                                    Dated: September 20, 2010
23
24
25
26
27
28

