ORIGINAL

1  SUBT
   WILLIAM K. ERRICO, ESQ.
2  Nevada Bar No. 6633
   Law Offices of William K. Errico
3  2850 W. Horizon Ridge Drive, Suite 200
   Henderson, NV 89052
4  (702) 434-4357
   Attorneys for Plaintiff

2010 NOV -4 P 3:20

**CLARK COUNTY DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CAROLYN BLACKMON, individually,

    Plaintiff,

vs.

NEW ALBERTSON'S, INC, a Delaware Corporation, erroneously named as ALBERTSON'S, LLC, a foreign limited liability company; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; DOES I through X; ROE COMPANIES, XI through XX, inclusive

    Defendants.

Case No.:2:10-cv-00712-KJD-PAL

**SUBSTITUTION OF COUNSEL**

    PATRICK R. DRISCOL, JR., ESQ., with Nevada bar Number 10877, OF THE LAW OFFICE OF PATRICK DRISCOLL, LLC, is hereby substituted as attorney for the Plaintiff, MARTA DAVILLA, in the above-entitled action, in place of and instead of WILLIAM K. ERRICO, ESQ.

    I, CAROLYN BLACKMON, do hereby consent to this substitution.

DATED: _11-2-10_

_/s/ Carolyn B. Blackmon_
CAROLYN BLACKMON

## CONSENT TO SUBSTITUTION OF COUNSEL

I hereby consent to the above and foregoing substitution.

DATED this  2  day of  NOV.  , 2010

WILLIAM K. ERRICO, ESQ.
Nevada Bar No 6633
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone: (702) 434-4357
Facsimile: (702) 446-0424

## ACCEPTANCE OF SUBSTITUTION OF COUNSEL

I hereby accept the above and foregoing substitution as attorney for the Plaintiffs.

DATED THIS  2  day of  NOV  , 2010.

PATRICK DRISCOLL, JR., ESQ.
NEVADA BAR NO. 10877
3333 EAST SERENE AVE, SUITE 150
HENDERSON, NV 89074
(702)388-8300

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of William Errico & Associates located at 2520 Saint Rose Parkway, Suite 111, Henderson, Nevada 89074, am over the age of 18 years and am not a party to this matter, action or proceeding.

On the _4_ day of _November_, 2010, I served a true and correct copy of the foregoing document(s):

**SUBSTITUTION OF COUNSEL**
LEW BRANDON, JR., ESQ.
MORAN LAW FIRM, LLC
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-6568 Facsimile
Attorney for Defendant, New Albertsons, Inc.

TO: To the person(s) at the address(es) shown below:

___x___ BY FACSIMILE I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

___x___ BY U.S. MAIL I caused the above-referenced document to be deposited in the U.S. Mail in the normal course of business.

I declare under penalty of perjury that the foregoing is true and correct.

_____
An Employee of
WILLIAM ERRICO & ASSOCIATES

-3-